[No. 24517–1–I.   Division One.   January 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
WALLACE PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–05836–5, James J. Dore, J., entered July
21, 1989. *Affirmed* by unpublished opinion per Pekelis, J.,
concurred in by Baker, J., and Britt, J. Pro Tem. Now
published at 60 Wn. App. 719.

[No. 24062–5–I.   Division One.   January 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
GRADY REECE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–05049–6, John W. Riley, J., entered Feb-
ruary 14, 1989. *Affirmed* by unpublished opinion per Web-
ster, A.C.J., concurred in by Scholfield and Forrest, JJ.

[No. 12581–1–II.   Division Two.   January 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
ROBERT SEASE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87–1–02970–2, Thomas R. Sauriol, J., entered
January 31, 1989. *Affirmed* by unpublished opinion per
Petrich, A.C.J., concurred in by Alexander, J., and Reed, J.
Pro Tem.